UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aaron Morris Swenson, | Case No. 21-CV-1011 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Scott Hable and Randy Hanson, | |
| Defendants. | |

---

Aaron Morris Swenson, OID #221063, MCF-Rush City, 7600 525th Street, Rush City, MN 55069, Plaintiff pro se.

Julia Kelly and Paul D. Reuvers, Iverson Reuvers Condon, 9321 Ensign Avenue South, Bloomington, MN 55438, for Defendants Scott Hable and Randy Hanson.

---

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Hildy Bowbeer, dated July 15, 2021 [Doc. No. 18]. No objections to the Report and Recommendation have been filed in the time period permitted.

Accordingly, and based on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge